IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA A. PADILLA, individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § § | Case No. 3:19-cv-02583-K |
| v. § § | |
| AMERICAN EXPRESS COMPANY and NATIONWIDE CREDIT, INC., § § § | |
| Defendants. § | |

## DEFENDANT, NATIONWIDE CREDIT, INC.'S, CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, defendant, Nationwide Credit, Inc., provides the following information:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Nationwide Credit, Inc. is a wholly-owned subsidiary of Transworld Systems Inc. No publicly held company owns 10% or more of its stock.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Plaintiff, Maria A. Padilla

Counsel for Plaintiff
Alexander J. Taylor

1

Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

Counsel for Plaintiff
Laurie N. Patton
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001

Counsel for Plaintiff
Nayeem Nur Mohammed
Law Offices of Nayeem N. Mohammed
417 Misty Lane
Lewisville, TX 75067
Telephone: (936) 718-7467
Email: nayeem.mohammed@gmail.com

Defendant, Nationwide Credit, Inc.

Counsel for Defendant, Nationwide Credit, Inc.
Whitney L. White
Sessions, Fishman, Nathan & Israel
900 Jackson Street, Suite 440
Dallas, TX 75202

Defendant, American Express Company

                Respectfully Submitted,

                /s/ Whitney L. White
                Whitney L. White
                TX Bar No. 24075269
                SESSIONS, FISHMAN, NATHAN & ISRAEL
                900 Jackson Street, Suite 440
                Dallas, TX 75202
                Telephone: (214) 741-3001
                Facsimile: (214) 741-3098
                Email: wwhite@sessions.legal

                *Attorney for Defendant,*
                *Nationwide Credit, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas and served via CM/ECF upon the following:

Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (331) 307-7646
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com

Laurie N. Patton
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Telephone: (972) 701-7168
Facsimile: (972) 701-8765
Email: lpatton@ hhdulaw.com

Nayeem Nur Mohammed
Law Offices of Nayeem N. Mohammed
417 Misty Lane
Lewisville, TX 75067
Telephone: (936) 718-7467
Email: nayeem.mohammed@gmail.com

                                                          /s/ Whitney L. White
                                                          Whitney L. White